1  Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
   Ryan T. Dougherty (*Pro Hac Vice forthcoming*)
2  SThompson@mintz.com
   RTDougherty@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   555 12th Street NW, Suite 1100
4  Washington, D.C. 20004
   Tel:  202-434-7300; Fax: 202-434-7400
5
   Paige E. Adaskaveg (SBN 330551)
6  peadaskaveg@mintz.com
   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
7  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
8  Tel:  415-432-6000; Fax: 415-432-6001

9  Attorneys for Real Parties in Interest/Defendants
   CROWN CASTLE FIBER LLC and VERIZON WIRELESS
10

11 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| ALICIA WOODFALL-JONES, an individual,<br><br>Petitioner,<br><br>vs.<br><br>CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO,<br><br>Respondents,<br><br>─────────────────────────<br>CROWN CASTLE FIBER LLC, a New York limited liability company; and VERIZON WIRELESS,<br><br>Real Parties in Interest. | Case No. 3:25-cv-04890-JD<br><br>Assigned for All Purposes to<br>The Honorable James Donato, Courtroom 11<br><br>**[PROPOSED] ORDER GRANTING CROWN CASTLE'S AND VERIZON WIRELESS' MOTION TO DISMISS**<br><br>[Filed concurrently with Notice and Motion to Dismiss; Request for Judicial Notice and Declaration of Paige E. Adaskaveg]<br><br>[*Removed from the Superior Court of the State of California, County of San Mateo (State Court Case No. 25-CIV-03590)*]<br><br>Date:   August 7, 2025<br>Time:   10:00 a.m.<br>Judge:  Hon. James Donato<br>Ctrm:   Courtroom 11, 19th Floor<br>        450 Golden Gate Avenue,<br>        San Francisco, CA 94102<br><br>Complaint Filed:   May 8, 2025<br>Trial:             TBD |

**[PROPOSED] ORDER**

Upon Defendants/Real Parties in Interest Crown Castle Fiber LLC ("Crown Castle") and Verizon Wireless's ("Verizon") Motion to Dismiss Petitioner Alicia Woodfall-Jones' Verified Petition for Writ of Mandate and Declaratory Relief, and upon review of the papers submitted and oral argument presented by counsel, and good cause appearing, it is hereby **ORDERED THAT:**

1. Defendants Crown Castle and Verizon's Motion is **GRANTED**;
2. Petitioner's claims are **DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. JAMES DONATO
DISTRICT COURT JUDGE