Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
Ryan T. Dougherty (*Pro Hac Vice forthcoming*)
SThompson@mintz.com
RTDougherty@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel: 202-434-7300; Fax: 202-434-7400

Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000; Fax: 415-432-6001

Attorneys for Real Parties in Interest/Defendants
CROWN CASTLE FIBER LLC and VERIZON WIRELESS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA WOODFALL-JONES, an individual,<br><br>Petitioner,<br><br>vs.<br><br>CITY OF SAN MATEO, by and through the CITY COUNCIL OF THE CITY OF SAN MATEO; MATT FABRY, an individual, in his capacity as the Director of the Public Works Department of the City of San Mateo; and the SUSTAINABILITY & INFRASTRUCTURE COMMISSION OF THE CITY OF SAN MATEO,<br><br>Respondents,<br><br>CROWN CASTLE FIBER LLC, a New York limited liability company; and VERIZON WIRELESS,<br><br>Real Parties in Interest. | Case No. 3:25-cv-04890-JD<br><br>Assigned for All Purposes to<br>The Honorable James Donato, Courtroom 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CROWN CASTLE'S AND VERIZON WIRELESS' MOTION TO DISMISS; DECLARATION OF PAIGE E. ADASKAVEG**<br><br>[Filed concurrently with Notice and Motion to Dismiss; [Proposed] Order]<br><br>[*Removed from the Superior Court of the State of California, County of San Mateo (State Court Case No. 25-CIV-03590)*]<br><br>Date:     August 7, 2025<br>Time:    10:00 a.m.<br>Judge:   Hon. James Donato<br>Ctrm:    Courtroom 11, 19th Floor<br>              450 Golden Gate Avenue,<br>              San Francisco, CA 94102<br><br>Complaint Filed:    May 8, 2025<br>Trial:                     TBD |

Pursuant to Federal Rule of Evidence 201, Defendants/Real Parties in Interest Crown Castle Fiber LLC ("Crown Castle") and Verizon Wireless ("Verizon"), hereby request judicial notice of the following documents in support of their Motion to Dismiss:

- **Exhibit A**: Crown Castle's Wireless Communications Facilities Permit application;
- **Exhibit B**: Email from City of San Mateo to Crown Castle regarding the Federal Communications Commission's "Shot Clock" rules; and
- **Exhibit C**: Crown Castle's letter to the City of San Mateo on February 18, 2025.

**Exhibit A** is a true and correct copy of the Wireless Communications Facilities Permit Application (the "Permit") that Crown Castle filed with the City of San Mateo's Public Works Department on October 22, 2024. The Court may take judicial notice of matters of public record. *Mack v. South Bay Beer Distrib.*, 798 f.2d 1279, 1282 (9th Cir. 1986); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (noting that judicial notice may be taken of public records). The Permit application is a public record that is on file with the City Clerk of the City of San Mateo and is accessible to the public upon request. The Court can take judicial notice of the Permit because it is an adjudicative fact that is not subject to reasonable dispute in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. *See* Fed. R. Evid. 201; *Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (taking judicial notice of permit application in action determining validity of certain permit-requiring municipal ordinances).

**Exhibit B** is an email from the City of San Mateo to Crown Castle on November 22, 2024 confirming that the 60-day Federal Communications Commission "Shot Clock" deadline for Crown Castle's Permit application would be extended from December 21, 2024 until January 17, 2025. The Court may take judicial notice of matters of public record, including records of administrative bodies. *Mack*, 798 f.2d at 1282; *United States v. Southern Cal. Edison Co.*, 300 F. Supp. 2d 964, 970 (E.D. Cal. 2004). Communications between Crown Castle and the City of San Mateo regarding the City's consideration of Crown Castle's Permit application are part of the public administrative record, therefore the Court may take judicial notice of the existence of this email and specific statements

1  made within the email while taking no determination as to the truth of the facts asserted in the email
2  itself. *See Almont Ambulatory Surgery Ctr., LLC v. UnitedHealth Group, Inc.*, 99 F. Supp. 3d 1110,
3  1126 (C.D. Cal. 2015) (taking judicial notice of forms filed with Securities and Exchange
4  Commission).

5      **Exhibit C** is a is a letter from Crown Castle to the City of San Mateo on February 18, 2025
6  in which Crown Castle informed the City of San Mateo in the letter that the Permit application was
7  "deemed approved by operation of law."  The Court may take judicial notice of the February 18, 2025
8  letter because Petitioner does not dispute the letter's authenticity and refers to and relies on the letter
9  in the Complaint.  Complaint ¶¶ 118-122; 142-144; 175-178; *see Branch v. Tunnell*, 14 F.3d 449,
10 453-54 (9th Cir. 1994) ("[A] document is not 'outside' the complaint if the complaint specifically
11 refers to the document and if its authenticity is not questioned."); *In re Amylin Pharm., Inc. Sec. Litig.*,
12 No. 01cv1455 BTM(NLS), 2002 U.S. Dist. LEXIS 19481, at *5 (S.D. Cal. Oct. 9, 2002).
13 Additionally, the letter is part of the public administrative record, therefore the Court may take judicial
14 notice of the existence of the letter and specific statements made within it while taking no
15 determination as to the truth of the facts asserted therein.  *See Mack*, 798 f.2d at 1282; *Almont*
16 *Ambulatory Surgery*, 99 F. Supp. 3d at 1126.

18  Dated: July 1, 2025              Respectfully submitted,

19                                     MINTZ LEVIN COHN FERRIS GLOVSKY
20                                      AND POPEO, P.C.

21                                     */s/ Paige E. Adaskaveg*
                                   Paige E. Adaskaveg
22                                     Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
                                    Ryan T. Dougherty (*Pro Hac Vice forthcoming*)

23                                     Attorneys for Real Parties in Interest/Defendant
                                    CROWN CASTLE FIBER LLC and VERIZON
24                                     WIRELESS

**DECLARATION OF PAIGE E. ADASKAVEG**

I, Paige E. Adaskaveg, declare:

1. I am an attorney with Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. ("Mintz"), counsel for Defendants/Real Parties in Interest Crown Castle Fiber LLC (Crown Castle") and Verizon Wireless ("Verizon") in the above-captioned matter. I have personal knowledge of the facts stated hereon, and if called as a witness, I could and would testify competently thereto. This declaration is submitted in support of Crown Castle LLC and Verizon Wireless's Request for Judicial Notice in support of their Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of Crown Castle's Wireless Communications Facilities Permit application filed with the City of San Mateo's Public Works Department on October 22, 2024.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email dated November 22, 2024 from the City of San Mateo to Crown Castle regarding the Federal Communications Commission's "Shot Clock" rules.

4. Attached hereto as **Exhibit C** is a true and correct copy of Crown Castle's letter to the City of San Mateo on February 18, 2025.

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 1, 2025 at San Francisco, California.

Dated: July 1, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO, P.C.

*/s/ Paige E. Adaskaveg*
Paige E. Adaskaveg
Thomas Scott Thompson (*Pro Hac Vice forthcoming*)
Ryan T. Dougherty (*Pro Hac Vice forthcoming*)

Attorneys for Real Parties in Interest/Defendant
CROWN CASTLE FIBER LLC and VERIZON WIRELESS