UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA WOODFALL-JONES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN MATEO, et al.,<br><br>Defendants. | Case No.  25-cv-04890-JD<br><br>**ORDER RE REMAND** |

For the reasons stated on the record, the case is remanded to the California Superior Court for the County of San Mateo under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated:  March 19, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California